**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

May 19, 2016

## LETTER ORDER

Re:   *Trustees of the Refrigeration & Air Conditioning Serv. Div. (UA-NJ) Pension Fund, Welfare Fund, Annuity Fund and Education Fund, et al. v. Bailey Refrigeration*
**Civil Action No. 15-8751 (ES) (JAD)**

Dear Counsel:

On January 25, 2016, Plaintiffs requested entry of default against Defendant Bailey Refrigeration. (D.E. No. 5). The Clerk of the Court entered default the following day. (D.E. dated 01/26/2016). On April 4, 2016, the Court issued a Letter Order setting forth certain factors for Plaintiffs to address in support of a motion for default judgment. (D.E. No. 6).

On May 4, 2016, Plaintiffs filed a motion for default judgment. (D.E. No. 7). Plaintiffs did not, however, address all of the factors set forth in the Court's April 4, 2016 Letter Order. Accordingly, the Court denies the motion for default judgment. Plaintiffs shall refile the motion for default judgment within thirty (30) days of the date of this Letter Order. The refiled motion for default judgment shall address all of the factors set forth in the Court's April 4, 2016 Letter Order—including the factors to determine whether default judgment is proper.

   **SO ORDERED.**

                                                            *s/Esther Salas*
                                                            **Esther Salas, U.S.D.J.**